MATTHEW G. KLEINER (SBN: 211842)
mkleiner@grsm.com
ANDREA K. WILLIAMS (SBN: 235375)
akwilliams@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7419
Facsimile: (619) 696-6700

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY SUED ERRONEOUSLY AS AETNA HEALTH AND LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASSCELL PC dba REDEFINE PSYCHOTHERAPY, a California professional corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>AETNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, and DOES 1-20 inclusive,<br><br>         Defendant. | CASE NO. 8:23-CV-01464-FWS-JDE<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: January 30, 2025<br>Time: 10:00 a.m.<br>Dept.: 10D<br><br>Accompanying documents: Memorandum of Points and Authorities; and [Proposed] Order |

TO THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on January 30, 2025, at 10:00 a.m. or as soon thereafter may be heard in Courtroom 10D of the above-entitled court located at 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6), Defendant Aetna Life Insurance Company, sued erroneously as Aetna Health and Life Insurance Company, will and hereby does move this Court to dismiss Plaintiff Glasscell PC dba Redefine

Psychotherapy's Second Amended Complaint in its entirety.[1]

This motion is made on the following grounds:

1. Plaintiff's causes of action are preempted by the Employment Retirement Income Security Act of 1974 (ERISA), under § 514(a), 29 U.S.C. § 1144(a).

2. Plaintiff's first cause of action for breach of implied contract fails to state a claim upon which relief may be granted because no contract exists by and among the parties;

3. Plaintiff's second cause of action for Unfair Business Practices under the California Business & Professions Code, §17200 fails to state a claim upon which relief may be granted;

4. Plaintiff's third cause of action for Unjust Enrichment fails to state a claim upon which relief may be granted because such a cause of action may not be sustained under California law;

5. Plaintiff's fourth cause of action for Quantum Meruit fails to state a claim upon which relief may be granted because Plaintiff fails to establish that the services it rendered for Aetna's insureds were performed at Aetna's request; and

6. Plaintiff's fifth cause of action for Accounts Stated fails to allege facts to sustain a claim upon which relief may be granted.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which commenced on or about October 15, 2024, and continued thereafter through multiple emails and telephone conferences until the parties were

---

[1] There are four other cases that have been ordered related to this case. The allegations of each case are nearly identical. Aetna is moving to dismiss all four complaints on the same grounds and suggests that all four motions be heard at the same time. The five related cases are: *Brickfire v. Aetna Health and Life Insurance Company* (23-cv-01463-FWS-JDE), *Mapsong PC v. Aetna Health and Life Insurance Company* (8:23-cv-01465-FWS-DFM), *Treadstone Services PC v. Aetna Health and Life Insurance Company* (8:23-cv-01467-FWS-KES), *Sagebrush LLC v. Aetna Health and Life Insurance Company* (8:23-cv-01466-FWS-JDE), and *Glasscell PC v. Aetna Health and Life Insurance Company* (8:23-cv-01464-FWS-JDE).

1 unable to reach a resolution.

2    This motion is based upon this notice of motion, the accompanying memorandum of points and authorities, the pleadings and records on file here, and on such other and further argument and evidence as may be presented at the time of the hearing and all matters which this Court may take judicial notice.

Dated: November 4, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Matthew G. Kleiner*
Matthew G. Kleiner
Andrea K. Williams
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY SUED ERRONEOUSLY AS AETNA HEALTH AND LIFE INSURANCE COMPANY

-3-
Notice of Motion to Dismiss Plaintiff's Second Amended Complaint